**CRIMINAL CASE COVER SHEET**
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 07 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: _____

COUNTY: Harrison

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT  X    DOCKET # 1:16cr67HSO-JCG
SAME DEFENDANT  X      NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED: ____ YES  X  NO

NAME/ALIAS: MICHAEL MAES

**U.S. ATTORNEY INFORMATION:**

AUSA  John A. Meynardie    BAR # 9912

INTERPRETER:  X  NO  ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**    ARREST DATE 7/27/18

X  ALREADY IN FEDERAL CUSTODY AS OF 7/27/18
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 9    ____ PETTY  ____ MISDEMEANOR  9 FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  21:846-CD.F | 21 USC § 846 | Conspiracy to Possess With Intent to Distribute a Controlled Substance | 1 |
| Set 2  21:846-CD.F | 21 USC § 846 | Attempt to Possess With Intent to Distribute a Controlled Substance (Aiding and Abetting) | 2 |
| Set 3  18:1956-6801.F | 18 USC § 1956(h) | Conspiracy to Commit Laundering of Monetary Instruments | 3 |
| Set 4  18:1956-7477.F | 18 USC § 1956(a)(1)(B)(i) | Laundering of Monetary Instruments to Conceal or Disguise the Source, Ownership and Control of the Proceeds of Said Unlawful Activity | 4-9 |
| Set 5 | | | |

Date: 7/26/18    SIGNATURE OF AUSA: *Meynardie*

(Revised 2/26/10)