IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                   Criminal No. 1:16cr67-HSO-JCG-5

**MICHAEL MAES**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 21 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

## VERDICT FORM

### PART I

YOUR VERDICT MUST BE UNANIMOUS. PLEASE PLACE AN "X" ON THE APPROPRIATE SPACE. As to each Count and any subparts, you must be persuaded by proof beyond a reasonable doubt.

### Count 1

**1A.**  We the jury unanimously find Defendant Michael Maes

  _X_ GUILTY beyond a reasonable doubt          ____ NOT GUILTY

of the charge contained in Count 1 of the indictment.

*Only if you answered GUILTY as to Question 1A, please proceed to Question 1B. If you answered NOT GUILTY as to Question 1A, skip Question 1B and proceed to Question 2A.*

**1B.**   With respect to Count 1 of the indictment, we the jury unanimously find that the Government proved beyond a reasonable doubt that Defendant Michael Maes conspired to possess with intent to distribute:

    __X__ 50 grams or more of actual methamphetamine

    _____ 5 grams or more of actual methamphetamine

    _____ less than 5 grams of actual methamphetamine

*Please proceed to question 2A.*

## Count 2

**2A.**   We the jury unanimously find Defendant Michael Maes

    __X__ GUILTY beyond a reasonable doubt      _____ NOT GUILTY

of the charge contained in Count 2 of the indictment.

*Only if you answered GUILTY as to Question 2A, please proceed to Question 2B. If you answered NOT GUILTY as to Question 2A, skip Question 2B and proceed to Question 3.*

**2B.** With respect to Count 2 of the indictment, we the jury unanimously find that the Government proved beyond a reasonable doubt that Defendant Michael Maes attempted to possess with intent to distribute:

　　_X_ 50 grams or more of actual methamphetamine

　　____ 5 grams or more of actual methamphetamine

　　____ less than 5 grams of actual methamphetamine

*Please proceed to question 3.*


## Count 3

3.　We the jury unanimously find Defendant Michael Maes

　　_X_ GUILTY beyond a reasonable doubt　　　____ NOT GUILTY

of the charge contained in Count 3 of the indictment.

*Please proceed to question 4.*


## Count 4

4.　We the jury unanimously find Defendant Michael Maes

　　____ GUILTY beyond a reasonable doubt　　　_X_ NOT GUILTY

of the charge contained in Count 4 of the indictment.

*Please proceed to question 5.*

## Count 5

5.     We the jury unanimously find Defendant Michael Maes

      _X_ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of the charge contained in Count 5 of the indictment.

*Please proceed to question 6.*

## Count 6

6.     We the jury unanimously find Defendant Michael Maes

      _X_ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of the charge contained in Count 6 of the indictment.

*Please proceed to question 7.*

## Count 7

7.     We the jury unanimously find Defendant Michael Maes

      _X_ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of the charge contained in Count 7 of the indictment.

*Please proceed to question 8.*

## Count 8

8.   We the jury unanimously find Defendant Michael Maes

   **X** GUILTY beyond a reasonable doubt          \_\_\_\_ NOT GUILTY

of the charge contained in Count 8 of the indictment.

*Please proceed to question 9.*

## Count 9

9.   We the jury unanimously find Defendant Michael Maes

   **X** GUILTY beyond a reasonable doubt          \_\_\_\_ NOT GUILTY

of the charge contained in Count 9 of the indictment.

*This ends your deliberations. Proceed to Part II and sign and date the last page of this form.*

## PART II

## FINALIZATION OF THE VERDICT FORM

*Please date and sign below:*



9/21/18
Dated

Foreperson

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror