IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                              CAUSE NO.: 1:16CR67-HSO-JCG

MICHAEL MAES

### MOTION FOR JUDGMENT OF ACQUITTAL OR ALTERNATIVELY, A MOTION FOR A NEW TRIAL PURSUANT TO RULES 29 AND 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

COMES NOW the Defendant, Michael Maes, by and though his attorney of record, Michael W. Crosby and respectfully submits this his Motion for a Judgment of Acquittal or Alternatively a Motion for a New Trial Pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure and would show unto the Court as follows, to-wit:

1. The Court failed to grant the Defendant's Motion for Judgment of Acquittal at the close of the Government's case in chief.

2. The Court erred in failing to find that the Government's evidence lacked sufficiency.

3. The Court failed to grant the Defendant's preemptory instruction.

4. During the trial for reasons stated by the Judge, Defendant was not able to develop certain issues.

5. There is additional information that the defense has not been able to address.

6. There was a prison van which included the Defendant as a passenger when a fight broke out which was observed by jurors which may have mislead them into believing that the Defendant was misbehaving and prejudiced the jury against him. Further the guards began to fight which also may have led to an assumption that the Defendant was

misbehaving.  The Court erred in not allowing the Defendant to address these matters in a hearing.

7. Defendant hereby renews all objections stated on the record.

WHEREFORE PREMISES CONSIDERED, Defendant prays that this Motion be received and filed and that this Court will grant said Motion and acquit Defendant or alternatively grant a new trial.

Respectfully submitted on this the 22nd day of October, 2018.

                                        MICHAEL MAES

                            BY:      */s/ Michael W. Crosby*
                                        MICHAEL W. CROSBY

### CERTIFICATE OF SERVICE

I, MICHAEL W. CROSBY, attorney for Defendant, do hereby certify that I have this date electronically filed the foregoing pleading or other paper with the Clerk of the Court, which should send notification of such filing to all parties requiring notice, pursuant to the rules of this Court.

So certified on this the 22nd day of October, 2018.

                                    */s/ Michael W. Crosby*
                                    MICHAEL W. CROSBY

Michael W. Crosby (MSB# 7888)
2111 25th Avenue
Gulfport, MS  39501
TEL:  228-865-0313
FAX:  228-865-0337
michaelwcrosby@bellsouth.net